1  PAMELA McKIBBIN TEREN, Bar No. 150042
   pam@terenlawgroup.com
2  TEREN LAW GROUP, p.c.
   225 Avenue I, Suite 203
3  Redondo Beach, CA 90277
   Telephone: 310.543.2300
4  Facsimile: 310.543.2303

5  Attorney for Plaintiff
   Dushant Ahuja
6
   BARRETT K. GREEN, Bar No. 145393
7  bgreen@littler.com
   BRADY J. MITCHELL, Bar No. 238572
8  bmitchell@littler.com
   LITTLER MENDELSON PC
9  2049 Century Park East, 5th Floor
   Los Angeles, CA  90067.3107
10 Telephone: 310.553.0308
   Facsimile: 310.553.5583
11
   STEVE SUMNER (admitted *pro hac vice*)
12 ssumner@sumnerschick.com
   JOHN W. LILLEY III (admitted *pro hac vice*)
13 jlilley@sumnerschick.com
   SUMNER, SCHICK & PACE
14 3838 Oak Lawn Ave., Suite 400
   Dallas, TX 75219
15 Telephone: 214.965.9229
   Facsimile: 214.965.9215
16
   Attorneys for Defendant
17 Computer Sciences Corporation

18

19                UNITED STATES DISTRICT COURT

20                CENTRAL DISTRICT OF CALIFORNIA

21 | DUSHANT AHUJA,              | Case No.  CV 09-1715 DMG(CWx)
22 |         Plaintiff,          | ASSIGNED FOR ALL PURPOSES TO
                                   HON. JUDGE DOLLY M. GEE
23 | v.                          |
                                   [~~PROPOSED~~] **ORDER FOR**
24 | COMPUTER SCIENCES           | **DISMISSAL [28]**
   | CORPORATION, et al.         |
25 |                             | **JS-6**
26 |         Defendant.          |

27

28

                              1.

1  This case is dismissed with prejudice.  The court retains jurisdiction to enforce
2  the Parties' Agreement.
3
4  IT IS SO ORDERED.
5
6  DATE:   April 19, 2010
7
8
9  _____
10  DOLLY M. GEE
    U.S. District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28